

**FILED**

AUG 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. 10-240 DAD |
| Plaintiff, | ) |
| v. | ) |
| DEANNA WILLIAMS, | ) ORDER |
| Defendant. | ) |

  IT IS HEREBY ORDERED: That defendant DEANNA WILLIAMS be released from the United States Marshal's custody forthwith *and that the U.S. Marshal provide her with a bus ticket to return home to the Bay Area.* DAD

DATED: 8/13/10

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

1